IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JOHN MONROE, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 6:22-cv-6094-SOH

**CLOWERS ENTERPRISES, INC.,**     **DEFENDANTS**
**and JONATHAN CLOWERS**

### PLAINTIFF'S UNOPPOSED MOTION FOR
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff John Monroe, by and through his attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, in support of his Unopposed Motion for Voluntary Dismissal without Prejudice, does state as follows:

1. Plaintiff filed his Original Complaint – Collective Action on August 30, 2022. ECF No. 1.

2. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff John Monroe should be entitled to non-suit his claims.

3. It is the desire of Plaintiff John Monroe to voluntarily dismiss all of his claims currently pending in this case.

4. Plaintiff John Monroe hereby requests that the Court dismiss his claims without prejudice.

5. Plaintiff's counsel has conferred with Defendant's counsel, and they are not opposed to this Motion.

Page 1 of 2
John Monroe, et al. v. Clowers Enterprises, Inc., et al.
U.S.D.C. (W.D. Ark.) No. 6:22-cv-6094-SOH
Plaintiff's Unopposed Motion for Voluntary Dismissal

WHEREFORE, premises considered, Plaintiff John Monroe respectfully requests that the Court dismiss this case with prejudice; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF JOHN MONROE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2**
**John Monroe, et al. v. Clowers Enterprises, Inc., et al.**
**U.S.D.C. (W.D. Ark.) No. 6:22-cv-6094-SOH**
**Plaintiff's Unopposed Motion for Voluntary Dismissal**