IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN MONROE, Individually and on
Behalf of All Others Similarly Situated                                          PLAINTIFF

v.                            Case No. 6:22-cv-6094

CLOWERS ENTERPRISES, INC.,
and JONATHAN CLOWERS                                                           DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Dismissal. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff seeks to have all claims dismissed. Plaintiff states that Defendant does not oppose the instant motion. The Court also notes that the time for Defendant to respond in opposition has passed. *See* Local Rule 7.2(b).

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

The Court finds that it cannot grant the instant motion. The body of Plaintiff's motion states that he seeks a dismissal without prejudice. However, the final paragraph summarizing the relief sought requests that the dismissal be with prejudice. The Court will not grant a motion for dismissal with contradictory indications as to the nature of the requested dismissal. Accordingly, Plaintiff's Motion for Dismissal (ECF No. 23) is hereby **DENIED**.

**IT IS SO ORDERED**, this 4th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge