IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN MONROE, Individually and on
Behalf of All Others Similarly Situated                                                          PLAINTIFF

v.                                            Case No. 6:22-cv-6094

CLOWERS ENTERPRISES, INC.,
and JONATHAN CLOWERS                                                                          DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion for Dismissal. ECF No. 25. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff seeks to have all claims dismissed without prejudice. Plaintiff states that Defendants do not oppose the instant motion. The Court also notes that the time for Defendants to respond in opposition has passed. *See* Local Rule 7.2(b).

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).[1]

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Plaintiff's Motion for Dismissal (ECF No. 25) is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The instant motion has not been signed by all parties and was filed after Defendants filed their Answer. Therefore, this matter cannot be dismissed without an order from this Court. *See* Fed R. Civ. P. 41(a)-(b).